# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

UNITED STATES OF AMERICA

    vs.                                    CASE NO. 3:20-727

KEVIN MARSH

## PLEA

The Defendant, KEVIN MARSH, acknowledges receipt of a copy of the Information and after arraignment pleads GUILTY in open court.

_____
(Signed)    Defendant

Columbia, South Carolina
February 24, 2021