IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:20-00727-MGL |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN MARSH | ) | |

## GOVERNMENT'S MOTION TO SEAL FORTHCOMING MOTION

NOW COMES the United States, by and through its undersigned counsel, hereby moves this Court to seal the forthcoming motion on behalf of KEVIN MARSH. The purpose of the Government's request is to protect the privacy interests of the person involved. The United States respectfully submits that the privacy interests of the individual involved trumps the public's limited interest in access to materials related to this matter. The United States notes that the Court has the inherent authority to seal these documents. *See* <u>Baltimore Sun v. Goetz</u>, 886 F. 2d 60 (4th Cir. 1988); and <u>In re Application of the United States for an Order Pursuant to 18 U.S.C Section 2703(D)</u>, 707 F. 3d 283 (4th Cir. 2013). Based upon the foregoing, the United States therefore requests that the Court direct that the forthcoming motion be filed under seal until further order of the Court.

Respectfully submitted,

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

By: <u>s/Brook B. Andrews</u>
Brook B. Andrews (Fed. ID # 10231)
Winston D. Holliday, Jr.
Emily E. Limehouse
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 929-3000 Telephone

September 28, 2021                                    brook.andrews@usdoj.gov