IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 3:20-00727-MGL |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| KEVIN MARSH | ) | |

NOTICE OF WITHDRAWAL OF FILING

The Government hereby withdraws its previously filed motion to seal (Dkt. No. 49).

Respectfully submitted,

M. RHETT DeHART
ACTING UNITED STATES ATTORNEY

By: */s/Brook B. Andrews*
BROOK B. ANDREWS
WINSTON D. HOLLIDAY, JR.
EMILY E. LIMEHOUSE
Assistant United States Attorneys
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3000
Fax (803) 254-2943
Email:  Brook.Andrews@usdoj.gov